UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-21753-CV-WILLIAMS

STARLA MICHELLE, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 77) ("***Report***") on the Motion for Preliminary Injunction and Order Restraining Transfer of Assets filed by Plaintiff Starla Michelle, LLC (DE 10) ("***Motion***"). In the Report, Judge Reid recommends that the Court grant Plaintiff's Motion. (DE 77 at 4.) No objections were filed to the Report, and the time to do so has passed. Upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Reid's Report (DE 77) is **AFFIRMED AND ADOPTED.**

2. Plaintiff's Motion for Preliminary Injunction is **GRANTED** in favor of Plaintiff against Defendants listed on the Amended Schedule "A" of Plaintiff's Notice (DE 25-1), excluding Defendant Does numbered 51,84, 99, 104, 360 361, 377, 387, 389, 390, 399, 404, 408, 410, 422, 427, 433, 437, 440, 441, 443, 448, 449, 451, 455, 457, 458, 460, 461, 471, 473, 478, 483 to 485, 498, 512, 517, 538, 540, 547, 558, 559, 561, 565, 566, 576, 577, 582, 595, 598, 623, 626,

      627, 643, 644, 647, 648, 651, 657, 659, 661, 665, 670, 677, 679, 681, 691, 693, 694, 696 to 700, 703, 706 to 708, 710, 711, 713, 714, 716, 721, 723 to 726, 728, 729, 735, 738, 740, 742, 744, 745, 747, 753, 758, 761, 763, 765, 766, 768 to 770, 773 to 775, 778, 779, 782, 784, 786, 788, 789, 791, 792, 795, 796, 803, 805, 808, 814, 815, 818, 829, 833, 835 to 837, 839, 845, 852, 858, 860, 882, 891, 896, 907 to 909, 938, 948, 950, 959, 962 to 964, 966, 968 to 970, 1051, 1052;[1]

3. All remaining Defendants are required to comply with all recommendations set forth in the Report (DE 77); and

4. The preliminary injunction shall remain in effect during the pendency of this matter, or until such further dates as set by the Court or stipulated by the Parties.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>7th</u> day of September, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

[1] Following Magistrate Judge Lisette M. Reid's Report, Plaintiff filed notices of voluntary dismissal with prejudice as to certain Defendants. (DE 78; DE 79; DE 80; DE 81). As set forth in Plaintiff's notices (DE 78; DE 79; DE 80; DE 81) and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), the claims with regard to Defendant Does numbered 4, 19, 58, 85, 332, 367, 383, 385, 386, 407, 412, 423, 425, 467, 468, 475, 482, 490, 494, 503, 525, 536, 542, 574, 584, 600, 606, 611, 619, 620, 629, 653, 656, 684, 771, 780, 781, 804, 822, 825, as listed on the Amended Schedule "A" of Plaintiff's Notice (DE 25-1), are dismissed and not subject to this Order.