UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21753-KMW

STARLA MICHELLE, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS

Plaintiff STARLA MICHELLE, LLC, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as against the following Defendants:

a. Yiwu Junkai E-Commerce Co., Ltd. (Defendant No. 17 on Schedule "A");

b. Shenzhen Shunxiang Industry Co., Ltd. (Defendant No. 31 on Schedule "A");

c. Shenzhen Moozi Houseware Co., Ltd. (Defendant No. 72 on Schedule "A");

d. zimoon store (Defendant No. 145 on Schedule "A"); and

e. AweSitey (Defendant No. 790 on Schedule "A").

Dated: December 29, 2023

        Respectfully submitted,

        */s/ Craig A. Wirth*
        CRAIG A. WIRTH

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

        Florida Bar Number:  125322
        craig.wirth@sriplaw.com
        JOEL B. ROTHMAN
        Florida Bar Number:  98220
        joel.rothman@sriplaw.com

        **SRIPLAW**
        21301 Powerline Road
        Suite 100
        Boca Raton, FL  33433
        561.404.4350 – Telephone
        561.404.4353 – Facsimile

        *Counsel for Plaintiff Starla Michelle, LLC*