### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:23-cv-21753-LEIBOWITZ/REID

**STARLA MICHELLE, LLC,**

     *Plaintiff,*

*v.*

**THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",**

     *Defendants.*

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636, Plaintiff's Motion for Default Judgment as to Certain Defendants Identified in Schedule "A" [ECF No. 94] was referred to United States Magistrate Judge Lisette M. Reid for a Report and Recommendation on October 19, 2023 [ECF No. 95]. Judge Reid has since issued a report, recommending that the Court grant the Plaintiff's Motion for Default Judgment (the "R&R") [ECF No. 108]. Neither the Plaintiff nor any Defendant has submitted objections, and the time to do so has passed. After careful review of the filings, the applicable law, and the record, the Court adopts Judge Reid's R&R [ECF No. 108] in its entirety, with the exception of the Defendants specified below who have been voluntarily dismissed by Plaintiff.

A District Court reviews a Magistrate Judge's report and recommendation for clear error when no party objects to the report. *Macort v. Prem, Inc.*, 208 F. App'x 781, 783-84 (11th Cir. 2006). No party has objected to Judge Reid's R&R, and the time to do so has passed. As such, the Court has reviewed the R&R for clear error only. *See Vega v. Berryhill*, No. 16-24231-CIV, 2017 WL 4871081, at *1 (S.D. Fla. Aug. 18, 2017). Upon this review, the Court finds not only no clear error but also notes

that Judge Reid's report is thorough, cogent, and compelling.  Therefore, the Court **affirms and adopts** the R&R [**ECF No. 108**] in its entirety, with the exception of its application to the following Defendants who have been dismissed voluntarily by Plaintiff since Judge Reid issued her R&R: Defendant Nos. 1, 9, 17, 31, 35, 72, 145, 171, 247, 304, 514, 588, 635, 664, 760, 790, 914.

**ORDERED AND ADJUDGED** that Judge Reid's Report and Recommendation [**ECF No. 108**] is **ADOPTED** and Plaintiff's Motion for Default Judgment [**ECF No. 94**] is **GRANTED as to all remaining Defendants**, which are listed for reference on Exhibit 1.  Pursuant to Federal Rule of Civil Procedure 58, Final Default Judgment will be entered by separate order against the remaining Defendants.

**DONE AND ORDERED** in the Southern District of Florida on May 21, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record

# <u>Exhibit 1</u>

# Remaining Defendants on Schedule "A"

| DOE Number | Marketplace | Merchant Name | Seller ID |
|---|---|---|---|
| 2 | Alibaba | Shijiazhuang Aijia Crafts Co., Ltd. | aijiacrafts |
| 3 | Alibaba | Suzhou Alleasy-Online Technology Co., Ltd. | alleasy-fitness |
| 5 | Alibaba | Yiwu Leju Handicraft Co., LTD | bohyvan |
| 7 | Alibaba | Yiwu Qinkuan Electronic Commerce Co., Ltd. | cdsister |
| 10 | Alibaba | Yiwu Top Service Imp & Exp Co., Ltd. | chinatopart |
| 11 | Alibaba | Yiwu Yixuan E-Commerce Co., Ltd. | chinayixuan |
| 12 | Alibaba | Jinhua Yierjia Houseware Co., Ltd. | cn-yierjia |
| 13 | Alibaba | Wuhan Bingkun Technology Co., Ltd. | cnbingkun |
| 14 | Alibaba | Wuxi East-Sunshine Textile Science And Technology Co., Ltd. | cneastsunshine |
| 15 | Alibaba | Yiwu Fuzhi Electronic Commerce Co., Ltd. | cnfuzhi0919 |
| 18 | Alibaba | Shaoxing Keqiao Yuede Trading Co., Ltd. | cnyuedemaoyi |
| 20 | Alibaba | Yiwu Yueyou Home Accessories Co., Ltd. | cr-homedecor |
| 21 | Alibaba | Yiwu Cunzhen Trade Co., Ltd. | cunzhentrade |
| 22 | Alibaba | Changzhou Lianwang Wiseer Co., Ltd. | czlianwang |
| 23 | Alibaba | Dongguan Yifa Printing Products Co., Ltd. | dgsmartsticker |
| 25 | Alibaba | Jinhua Bst Crafts Co., Ltd. | diamondpaintingfactory |
| 26 | Alibaba | Yiwu Xinshixian Arts&Crafts Co., Ltd. | diyart |
| 29 | Alibaba | Ningde Ninglong Import And Export Trading Co., Ltd. | drofe |
| 30 | Alibaba | Dongyang Jiangbei Haiquan Oil Painting Factory | dyhaiquan |
| 32 | Alibaba | Dongyang Quwan Crafts Co., Ltd. | dyqw |
| 34 | Alibaba | Xiamen Europic Art & Craft Co., Ltd. | europicart |
| 36 | Alibaba | Wuxi Evson International Co., Ltd. | evson |
| 38 | Alibaba | Yiwu Landie Arts & Crafts Co., Ltd. | fishdream |
| 39 | Alibaba | Fuzhou Fuyunlai Trading Co., Ltd. | fzfyl |
| 40 | Alibaba | Jinhua Kiamoo E-Commerce Co., Ltd. | glaryyears |
| 42 | Alibaba | Shenzhen Gomore Ecommerce Co., Ltd. | gogomore |
| 43 | Alibaba | Boluo Jinyuan New Material Co., Ltd. | goldmosaic |
| 44 | Alibaba | Guangzhou Zhengdu Cosmetics Co., Ltd. | gzzdou |
| 45 | Alibaba | Shenzhen Hebeier Technology Co., Ltd. | hebeier |
| 46 | Alibaba | Ningbo Hepburn Arts And Crafts Co., Ltd. | hepbum |
| 48 | Alibaba | Quanzhou Licheng Hongfa Plastic & Hardware Products Factory | hongfagroup |

| 52 | Alibaba | Hebei Warkin Glass Co., Ltd. | hwkglass |
| 53 | Alibaba | Shenzhen Heng Xin Qiang Technology Co., Ltd. | hxqtc |
| 54 | Alibaba | Hangzhou Yule Import And Export Co., Ltd | hzyule |
| 55 | Alibaba | Yiwu J-Y Imp. & Exp. Co., Ltd. | j-y |
| 56 | Alibaba | Yiwu Jiangning Electronic Commerce Co., Ltd. | jiangning |
| 57 | Alibaba | Dongguan Jie An Packaging Co. Ltd. | jieanpack |
| 59 | Alibaba | Yiwu Junhao Trading Co., Ltd. | junhao0517 |
| 60 | Alibaba | Yiwu Junlin Decoration Materials Co., Ltd. | junlindeco |
| 62 | Alibaba | Yiwu Juze Trading Co., Ltd. | juzegift |
| 64 | Alibaba | Changzhou Kingmair Decorative Material Co., Ltd. | kingmair |
| 65 | Alibaba | Foshan Wolf Totem Electronic Technology Co., Ltd. | langtuteng |
| 66 | Alibaba | Yiwu Leo Trading Co., Ltd. | liao2022 |
| 67 | Alibaba | Lucky Monkey Trading Co., Ltd. | luckymonkey |
| 68 | Alibaba | Yiwu Maokai Import & Export Co., Ltd. | maokai |
| 69 | Alibaba | Yiwu Meian Arts & Crafts Co., Ltd. | meiancraft |
| 70 | Alibaba | Fuzhou Elegant Home Goods Co.,Ltd | mfghomegoods |
| 71 | Alibaba | Shenzhen Meijing Industry Company Limited | mjprinting |
| 73 | Alibaba | Yiwu Yaojun Import & Export Co., Ltd. | noblyou |
| 74 | Alibaba | Shenzhen Ou Shi Mei Oil Painting Co., Ltd. | osmart |
| 76 | Alibaba | Zhejiang Pangoo Cultural & Art Co., Ltd. | pangooart |
| 77 | Alibaba | Zhejiang Pinchao Packaging Technology Co., Ltd. | pingchao |
| 78 | Alibaba | Pujiang County Fanfan Electronic Commerce Co., Ltd. | pjfanfan |
| 79 | Alibaba | Pujiang Xinyu Electronic Commerce Co., Ltd. | pjxinyu |
| 80 | Alibaba | Procircle Fitness Training Products (suzhou) Co., Ltd. | procircle-activity |
| 83 | Alibaba | Shandong Jingyun Trading Co., Ltd. | sdjysm |
| 86 | Alibaba | Nanjing Shuaijiang Internet Electronic Commerce Co., Ltd. | shuaijiang |
| 87 | Alibaba | Yiwu Silin Commerce Co., Ltd. | silingroup |
| 88 | Alibaba | Shijiazhuang Glen Trading Co., Ltd. | sjzlunge |
| 90 | Alibaba | Zhejiang Sofine Trading Co., Ltd. | sofinetex |
| 91 | Alibaba | Xiamen Starlights Trading Co., Ltd. | starlightt |

| 92 | Alibaba | Jinhua Sizhuitewei Trading Co., Ltd. | straightwy |
| 93 | Alibaba | Ningbo Yinzhou Yuanjun Imp.&Exp. Co., Ltd. | sun-shine |
| 95 | Alibaba | Shaoxing Chiyou Digital Technology Co., Ltd. | sxchiyou |
| 97 | Alibaba | Shenzhen Charming Luggage Co., Ltd. | szbag518 |
| 98 | Alibaba | Shenzhen MSM Trading Co., Ltd. | szmsm |
| 100 | Alibaba | Yiwu Tianji Trading Co., Ltd. | tianji1688 |
| 102 | Alibaba | Zhengzhou Tuao Brand Design Co., Ltd. | tuaoart |
| 103 | Alibaba | YIWU VANCY ARTS AND CRAFTS CO., LTD | vancyarts |
| 106 | Alibaba | Anhui Weldoor Metal Products Co., Ltd | weldoormetal |
| 107 | Alibaba | Weifang Yuntu E-Commerce Co., Ltd. | wfyuntu |
| 108 | Alibaba | Wei Lai Supply Chain Management (Shenzhen) Co., Ltd. | wldafen |
| 110 | Alibaba | Shenzhen Xingzhiye Printing & Packing Co., Ltd. | xingzhiye |
| 112 | Alibaba | Xinyang Youdu Industrial Co., Ltd | xyyoudu |
| 114 | Alibaba | Guangzhou Dengmeiying Oil Painting Co., Ltd. | yc13 |
| 115 | Alibaba | Yiwu Jiaren Trading Co., Ltd. | yiwujiaren |
| 116 | Alibaba | Yiwu Muyang Commodity Co., Ltd. | yiwumuyang |
| 117 | Alibaba | Yiwu Xiurun Art&crafts Co., Ltd. | yiwuxiurun |
| 119 | Alibaba | Shaoxing Yutong Imp&Exp Co., Ltd. | yutongtextile |
| 121 | Alibaba | Yiwu Lansure Import And Export Co., Ltd. | ywlanshuo |
| 122 | Alibaba | Yiwu Renjie Crafts Co., Ltd. | ywrenjie |
| 124 | Alibaba | Yiwu Taole Electronic Technology Co., Ltd. | ywtaole |
| 125 | Alibaba | Yiwu Yescom Import and Export Co. LTD | ywyuzhu |
| 128 | Alibaba | Yiwu Zapushen Import & Export Co., Ltd. | zapush |
| 129 | Alibaba | Henan Zuobian Stationery Co., Ltd | zbwhyp |
| 130 | Aliexpress | Shop1100387383 Store | 1100386341 |
| 131 | Aliexpress | Shop1100385319 Store | 1100390270 |
| 132 | Aliexpress | Shy Bear Tablet E-reader Accessory Store | 1100410259 |
| 133 | Aliexpress | Artsailing Official Store | 1100488749 |
| 134 | Aliexpress | OSM Oil Painting Store | 1100490768 |
| 135 | Aliexpress | Shop320097 Store | 1100498909 |
| 136 | Aliexpress | Walkers Technology Case Accessory Store Store | 1100509161 |
| 137 | Aliexpress | store 326232 Store | 1100553177 |
| 138 | Aliexpress | sophie beauty Official Store | 1100563225 |
| 139 | Aliexpress | Bo Bo Art | 1100592487 |

| 140 | Aliexpress | 7 Color Sunflower | 1100756893 |
| 142 | Aliexpress | MYCELLA Official Store | 1100809867 |
| 143 | Aliexpress | Golden Panno Official Store | 1100824898 |
| 144 | Aliexpress | TCStore | 1100826845 |
| 146 | Aliexpress | CHPDIY 1232020 Store | 1100860902 |
| 147 | Aliexpress | Ancy YI factory Store | 1100918960 |
| 148 | Aliexpress | Rose Lin | 1100949042 |
| 150 | Aliexpress | Shop1503485 Store | 1100981768 |
| 151 | Aliexpress | Shy Bear Case Store | 1100994082 |
| 152 | Aliexpress | DIY Jerry Home | 1101003127 |
| 153 | Aliexpress | WELOS Official Store | 1101012714 |
| 154 | Aliexpress | Nabi Daimond Painting Store | 1101018291 |
| 155 | Aliexpress | HuangArt Store | 1101018345 |
| 156 | Aliexpress | Iridescent Cloud Store | 1101028628 |
| 157 | Aliexpress | Arthyx Official Store | 1101057673 |
| 158 | Aliexpress | Saier planet Store | 1101061938 |
| 159 | Aliexpress | luyouba Official Store | 1101064044 |
| 160 | Aliexpress | REDIY LADIY Store | 1101064947 |
| 161 | Aliexpress | ZhuiStar Official Store | 1101088872 |
| 162 | Aliexpress | Da Fen Oil Painting Store | 1101092859 |
| 163 | Aliexpress | LIPHISFUN Sunnee Store | 1101115731 |
| 164 | Aliexpress | CHENISTORY Official Store | 1101123998 |
| 165 | Aliexpress | custom product | 1101153406 |
| 166 | Aliexpress | DIAMANT PAINTING Official Store | 1101186466 |
| 167 | Aliexpress | Changliang Store | 1101195428 |
| 168 | Aliexpress | Shop2137048 Store | 1101197781 |
| 169 | Aliexpress | Hippo Home Store | 1101200773 |
| 172 | Aliexpress | CRYSTAL DIAMOND PAINTING Store | 1101219045 |
| 173 | Aliexpress | Ever Moment Official Store | 1101224817 |
| 174 | Aliexpress | RUOPOTY Official Store | 1101224922 |
| 175 | Aliexpress | Shop2669082 Store | 1101227335 |
| 176 | Aliexpress | Painting Era Official Store | 1101230378 |
| 177 | Aliexpress | GATYZTORY Painting Store | 1101234767 |
| 178 | Aliexpress | Wienen Decors Store | 1101236915 |
| 179 | Aliexpress | Jweijiao-Jewelry Store | 1101237721 |

| 180 | Aliexpress | Bandai-TAFREE Jewelry Store | 1101244463 |
| 181 | Aliexpress | SZ Daily Goods Store | 1101247912 |
| 182 | Aliexpress | QinyeThree Official Store | 1101248748 |
| 184 | Aliexpress | DRIPPING Store | 1101263646 |
| 185 | Aliexpress | HASYOU Store | 1101263724 |
| 186 | Aliexpress | Toy City Store | 1101264832 |
| 187 | Aliexpress | LaoJieYuan Official Store | 1101266762 |
| 188 | Aliexpress | Shop3254015 Store | 1101269189 |
| 189 | Aliexpress | Shop3250015 Store | 1101269731 |
| 190 | Aliexpress | Baifengchaoyang Store | 1101273567 |
| 191 | Aliexpress | Mao Store | 1101275266 |
| 192 | Aliexpress | ZuoYou Painting Store | 1101278416 |
| 193 | Aliexpress | Shop3647006 Store | 1101280036 |
| 194 | Aliexpress | Fan Xi Store | 1101284758 |
| 195 | Aliexpress | TINMI ARTS Official Store | 1101284806 |
| 196 | Aliexpress | Starry Sky Art Store | 1101296213 |
| 197 | Aliexpress | mosaic diamonds painting Store | 1101299633 |
| 198 | Aliexpress | Dpsprue Official Store | 1101302038 |
| 199 | Aliexpress | LSQDVQ Official Store | 1101304973 |
| 200 | Aliexpress | ZOOYA Franchise Store | 1101306390 |
| 201 | Aliexpress | Hibah HU BENG Store | 1101306835 |
| 202 | Aliexpress | Dpsuper Boutique Store | 1101312231 |
| 203 | Aliexpress | Shop4786019 Store | 1101313513 |
| 204 | Aliexpress | Old Street Home Official Store | 1101313775 |
| 205 | Aliexpress | Howlwey Store | 1101318100 |
| 206 | Aliexpress | Myhome Life Store | 1101318526 |
| 207 | Aliexpress | ZUOMIN Official Store | 1101323616 |
| 208 | Aliexpress | Angelhouse Store | 1101327381 |
| 209 | Aliexpress | shinehope Official Store | 1101327758 |
| 210 | Aliexpress | Thumbnail Store | 1101330426 |
| 211 | Aliexpress | Dpsprue Factory Store | 1101331876 |
| 212 | Aliexpress | Shop5098032 Store | 1101340596 |
| 213 | Aliexpress | YUZHITIAN Store | 1101340641 |
| 214 | Aliexpress | Lyanna- Store | 1101342055 |
| 217 | Aliexpress | GATYZTORY Artwork Store | 1101348524 |

| 218 | Aliexpress | GATYZTORY Dropshipping Store | 1101348525 |
| 219 | Aliexpress | PhotoCustom Store | 1101348874 |
| 220 | Aliexpress | RUOPOTY diycolorbyno Store | 1101349752 |
| 221 | Aliexpress | SDOYUNO HandPaint Store | 1101350256 |
| 222 | Aliexpress | Colorful Art Store | 1101351002 |
| 223 | Aliexpress | ZUOMIN Diamant Painting Store | 1101351022 |
| 224 | Aliexpress | RUOPOTY Dropshipping Store | 1101352214 |
| 225 | Aliexpress | GATYZTORY Factory Store | 1101352893 |
| 226 | Aliexpress | GATYZTORY Shiny Store | 1101353063 |
| 227 | Aliexpress | GATYZTORY Store | 1101353243 |
| 228 | Aliexpress | Nite Nite Crafts Store | 1101354231 |
| 229 | Aliexpress | Lucky A Puzzle Store | 1101354544 |
| 230 | Aliexpress | Diamonds Paintings Factory Store | 1101355542 |
| 232 | Aliexpress | SNA Official Store | 1101357750 |
| 233 | Aliexpress | Qluo Store | 1101362796 |
| 234 | Aliexpress | Shop5594272 Store | 1101369793 |
| 235 | Aliexpress | Shop5599051 Store | 1101373794 |
| 236 | Aliexpress | AugosNat Official Store | 1101377151 |
| 237 | Aliexpress | SiliconeCase Store | 1101379000 |
| 238 | Aliexpress | Shop5681047 Store | 1101379209 |
| 239 | Aliexpress | Panta Store | 1101379496 |
| 240 | Aliexpress | Dianont Painting Factory Store | 1101380682 |
| 241 | Aliexpress | Daimond Painting Factory Store | 1101380905 |
| 242 | Aliexpress | ZYGALLOP Official Store | 1101385151 |
| 243 | Aliexpress | Shop5779780 Store | 1101390133 |
| 244 | Aliexpress | Calvert Factory Store | 1101392077 |
| 245 | Aliexpress | Cabochon Keychain Store | 1101394538 |
| 246 | Aliexpress | DOTZSO Store | 1101400173 |
| 248 | Aliexpress | Jieegee Imxinxx Official Store | 1101415560 |
| 250 | Aliexpress | SDOYUNO Artwork Store | 1101417737 |
| 251 | Aliexpress | Renkang Store | 1101424782 |
| 252 | Aliexpress | DIYNO.17 Store | 1101427460 |
| 253 | Aliexpress | Diamond-Painting Factory Store | 1101430918 |
| 254 | Aliexpress | Shop4690057 Store | 1101431719 |
| 255 | Aliexpress | The goddess of luck Store | 1101447472 |

| 256 | Aliexpress | Musife Funny Life Store | 1101494243 |
| 257 | Aliexpress | funbeads Store | 1101494287 |
| 258 | Aliexpress | Yunyao Factory Store | 1101496682 |
| 259 | Aliexpress | Shop5870865 Store | 1101501280 |
| 260 | Aliexpress | QIZITENG Direct sales Store | 1101509200 |
| 261 | Aliexpress | HomeBathroom Supplies Store | 1101510365 |
| 262 | Aliexpress | Natures Porters Store | 1101510968 |
| 263 | Aliexpress | Shop910355113 Store | 1101517666 |
| 264 | Aliexpress | Mintura-Art Store | 1101519767 |
| 265 | Aliexpress | Meian Cross-Stitch Store | 1101531171 |
| 266 | Aliexpress | CAOAIAN Official Store | 1101536792 |
| 267 | Aliexpress | Shop910354147 Store | 1101538686 |
| 268 | Aliexpress | Chasoe Decor Store | 1101539019 |
| 269 | Aliexpress | SVIP Grocery Store | 1101539282 |
| 270 | Aliexpress | Diamont Paintings Factory Store | 1101539718 |
| 271 | Aliexpress | DOHAWIZS Factory Store | 1101541373 |
| 272 | Aliexpress | ZUOMIN RUIYANG Store | 1101541678 |
| 273 | Aliexpress | Shop910569222 Store | 1101545985 |
| 274 | Aliexpress | RockBros-Factory Store | 1101546003 |
| 275 | Aliexpress | Sexy Painting By Numbers Store | 1101547347 |
| 276 | Aliexpress | CNART Store | 1101549052 |
| 277 | Aliexpress | dancing word stationery Store | 1101554871 |
| 278 | Aliexpress | Shop910967041 Store | 1101557318 |
| 279 | Aliexpress | Shop911135107 Store | 1101577287 |
| 280 | Aliexpress | YANG QIANG Official Store | 1101578193 |
| 281 | Aliexpress | HapyHandwork Store | 1101580800 |
| 282 | Aliexpress | YY-Fun Decor Store | 1101581457 |
| 283 | Aliexpress | jiangdanping Store | 1101603561 |
| 284 | Aliexpress | Shop911538127 Store | 1101631077 |
| 285 | Aliexpress | Shop911610382 Store | 1101649005 |
| 286 | Aliexpress | Disney-Painting Store | 1101650789 |
| 287 | Aliexpress | Katz Store | 1101669322 |
| 288 | Aliexpress | Larisa Diamonds Art Store | 1101683535 |
| 289 | Aliexpress | TuFang ART Store | 1101685468 |
| 290 | Aliexpress | Pets and gardens Store | 1101697959 |

| 291 | Aliexpress | 447+35colors threads Store | 1101708647 |
|-----|------------|----------------------------|------------|
| 292 | Aliexpress | High-Quality Cross-Stitch Store | 1101708985 |
| 293 | Aliexpress | LATCH HOOK Store | 1101724819 |
| 294 | Aliexpress | Handmade girl Store | 1101730334 |
| 295 | Aliexpress | eBook Accessories Store | 1101745270 |
| 296 | Aliexpress | Diamonds Painting Factory Store | 1101749895 |
| 297 | Aliexpress | Shop911933102 Store | 1101754897 |
| 298 | Aliexpress | Goga DP Store | 1101760989 |
| 299 | Aliexpress | Shop911959045 Store | 1101762054 |
| 300 | Aliexpress | Morning Painting Store | 1101762586 |
| 301 | Aliexpress | Diamonds Painting Crafts Store | 1101764064 |
| 302 | Aliexpress | DIY-Diamond drawing Store | 1101774030 |
| 303 | Aliexpress | Leyao Factory Store | 1101780319 |
| 305 | Aliexpress | Dropping Store | 1101783299 |
| 306 | Aliexpress | Shiny-painting Store | 1101796387 |
| 307 | Aliexpress | Beautiful Decorative Painting Store | 1101811428 |
| 308 | Aliexpress | Cheerup Store | 1101819800 |
| 309 | Aliexpress | Shop912270191 Store | 1101819864 |
| 310 | Aliexpress | DIAMONDOUBLE Store | 1101821168 |
| 311 | Aliexpress | Qiqing Direct Store | 1101827103 |
| 312 | Aliexpress | High-Quality Diamond-Painting Store | 1101834671 |
| 313 | Aliexpress | BUDEZE Store | 1101836575 |
| 314 | Aliexpress | MVPUZZLE Official Store | 1101838021 |
| 315 | Aliexpress | wall sign 003 Store | 1101856542 |
| 316 | Aliexpress | JIEME Homedecor Store | 1101864675 |
| 317 | Aliexpress | Better-Life Cross-Stitch Store | 1101872623 |
| 318 | Aliexpress | Customized Cross-Stitch Store | 1101873645 |
| 319 | Aliexpress | Cross-Stitch Arts Store | 1101875647 |
| 320 | Aliexpress | Hdimm Official Store | 1101898836 |
| 321 | Aliexpress | VANJUU Official Store | 1101906495 |
| 322 | Aliexpress | DIYDP Official Store | 1101914126 |
| 323 | Aliexpress | LAI RUN Diamond Painting Store | 1101916877 |
| 324 | Aliexpress | Smil 21650065 Store | 1101942286 |
| 325 | Aliexpress | diamond-painting Store | 1101957631 |
| 326 | Aliexpress | Shop1100004115 Store | 1101976136 |

| 327 | Aliexpress | 5D Diamond Painting Store | 1101983242 |
| 328 | Aliexpress | Simple home improvement department store Store | 1101988263 |
| 329 | Aliexpress | Shop1100147021 Store | 1101999784 |
| 330 | Aliexpress | VANJUU Handmade Crafts Store | 1102012599 |
| 331 | Aliexpress | VANJUU Diamond Painting Store | 1102014164 |
| 333 | Aliexpress | VANJUU Diamond Art Painting Store | 1102019130 |
| 334 | Aliexpress | ganxin3 Store | 1102022755 |
| 335 | Aliexpress | LISM Decor Store | 1102024334 |
| 336 | Aliexpress | MACT Store | 1102030275 |
| 337 | Aliexpress | Hi Fun Supplies Store | 1102040999 |
| 338 | Aliexpress | Ladys Luck Store | 1102042554 |
| 339 | Aliexpress | New Trends Store | 1102048815 |
| 340 | Aliexpress | Still Life Store | 1102049403 |
| 341 | Aliexpress | NEW HOME Store | 1102049949 |
| 342 | Aliexpress | NICAI Custom Diamond Painting Store | 1102107679 |
| 343 | Aliexpress | Shop1102155818 Store | 1102153851 |
| 344 | Aliexpress | VANNJUU Diamond Painting Store | 1102160115 |
| 345 | Aliexpress | Disney 5D Diamond Painting Store | 1102171632 |
| 346 | Aliexpress | Due Play Diamond Painting Store | 1102177727 |
| 347 | Aliexpress | NICAI Official Store | 1102180347 |
| 348 | Aliexpress | 3D Shower Curtain Store | 1102194637 |
| 349 | Aliexpress | LINNO PUZZLE Store | 1102268328 |
| 350 | Aliexpress | Yituo Textile Products Store | 1102306457 |
| 351 | Aliexpress | HelloXingze Store | 1102311526 |
| 352 | Aliexpress | Shop1102323223 Store | 1102322228 |
| 353 | Aliexpress | Shop1102334990 Store | 1102333979 |
| 354 | Aliexpress | Shop1102422095 Store | 1102418141 |
| 355 | Aliexpress | Good22luck Store | 1102425885 |
| 356 | Amazon | GTDJZWD | A102W061QES5W1 |
| 357 | Amazon | XIUPINGHUAN | A103Q0U2QRQPNN |
| 358 | Amazon | 5-12 days delivery--Mouhall | A10DLPHW9UK82L |
| 359 | Amazon | TPH US | A11IJ7GIO66U1K |
| 362 | Amazon | LongQJ | A13128TDWXKTSM |
| 363 | Amazon | tenglurongusd | A13C2CVKMEUC43 |

| 364 | Amazon | Max Stitch | A13KWNFBA8KOZ0 |
| 365 | Amazon | Damilife technology | A13L0M97IF3AHU |
| 366 | Amazon | ZSWWangÂ® (7-15 Business Days Delivered) | A13QBMYQJHCV1B |
| 368 | Amazon | yuandaojingdedian | A14ITMI6BG4GG0 |
| 370 | Amazon | Nokoor | A14UG8JKNFFXAA |
| 372 | Amazon | songsong store | A152I8WX4PBEE6 |
| 373 | Amazon | treebee | A154JWWKVF82FC |
| 374 | Amazon | jinanjinmatongxunqicaiyouxiangongsi | A15F3SB0P1NXWM |
| 375 | Amazon | XUAHENW | A16AV458328886 |
| 376 | Amazon | Lapoea | A16BLQNUVGAVEQ |
| 378 | Amazon | NYIXIA | A16IU5R8Z7RCG7 |
| 379 | Amazon | YUCHENGSSD | A16LKYCWDI87NY |
| 380 | Amazon | Just A Shop | A18NM89J6728KS |
| 381 | Amazon | YITONGJIAXIN | A18RUPDCX1V2HJ |
| 382 | Amazon | weixuanbaohuo | A18RVV4TGNJNBX |
| 384 | Amazon | YLLDDP | A19PA64YAZ0QUI |
| 388 | Amazon | zhoukoushilinnuoshangmaoyouxiangongsi | A1CHK2ZBR8DXJU |
| 391 | Amazon | ceng-AIO | A1DMJ0YA9E8GVS |
| 392 | Amazon | likixin | A1DPIALZPDZZDQ |
| 393 | Amazon | Massa Carrara | A1DXA69W4YLHV2 |
| 394 | Amazon | 鲁山县娜赢贸易有限公司 | A1E6CXUDMI3EHZ |
| 395 | Amazon | FRAMUN Store | A1EMXAG7HRNJSE |
| 396 | Amazon | Ruheng | A1F44Q7MBLEADZ |
| 397 | Amazon | BeiYaoShangMao | A1F8TDULB3IQ01 |
| 398 | Amazon | JINXIANG/ | A1GN15A94HJOIU |
| 400 | Amazon | Monaeter | A1I6EJ2KSJMSE4 |
| 401 | Amazon | MengTingUK | A1I75FGN060O9F |
| 402 | Amazon | WIJCK PUZZLE | A1IIM6HYHUY4XU |
| 403 | Amazon | youmaou | A1IU61S9TUKHM5 |
| 405 | Amazon | xiamenxinxiaoxiaojiaoyuzixunyouxiangongsi | A1J5F8OEBRLOQN |
| 409 | Amazon | xiang cheng shi rao jun hong an mo dian | A1KMRALNACJI6U |
| 411 | Amazon | 五采拾色商贸部 | A1KPSO6OHVB653 |
| 413 | Amazon | chenxiaochi | A1LMFZFL5VFNJB |
| 414 | Amazon | josog | A1N2YRGR43M8CO |

| 415 | Amazon | huipen network | A1NNO1BKA6ZQ4Y |
| 416 | Amazon | Wonderful Rhinestone | A1NVQA1BOK7MC9 |
| 417 | Amazon | JUNLINSHIJI | A1OMYRMRB3YTED |
| 418 | Amazon | Arrebolns | A1PEU7MQJQAGSR |
| 419 | Amazon | Shukqueen | A1QIQPIFMXPK4O |
| 420 | Amazon | ZHENC | A1QIUFJT9T0IUY |
| 421 | Amazon | lucky5858 | A1QK0YTJSFYD8C |
| 424 | Amazon | Bigdamai | A1R3F1RSRCPX2U |
| 428 | Amazon | ACHI | A1SYL55DMC53UL |
| 429 | Amazon | DaZhuangYuJu | A1UFRGVKB90HGG |
| 430 | Amazon | YQHsmkj | A1UOCDZDAIHYJR |
| 431 | Amazon | chenxiaojiemaideh | A1URC66Y0BYJHR |
| 432 | Amazon | gjldamai | A1V3Q1ADRG0WN9 |
| 434 | Amazon | yumansm | A1VII9ZQ7XXFHP |
| 436 | Amazon | WANMEIKEJI | A1XG32RWUE5P0 |
| 438 | Amazon | Livinglife-US | A201EIDFBK0FXT |
| 439 | Amazon | Earlytops | A20BXY1SPQUVA2 |
| 442 | Amazon | hauyunshangmao | A20Z1DYSBQMVBI |
| 444 | Amazon | UBTOY | A21SNIZSA2TNY1 |
| 445 | Amazon | OUBEY | A240X9TN2XD97N |
| 446 | Amazon | haoliushangmao | A24338CL794MJM |
| 447 | Amazon | SANTIANSSED | A24VDIA8KR9JHF |
| 450 | Amazon | mengxinyu | A25FK2SR1UGIP |
| 452 | Amazon | YuQueShangMao | A26AGPPUNKLH8M |
| 454 | Amazon | Daosheng Electric | A27I0UT4NAN1SF |
| 456 | Amazon | jhdfsdgfgfs | A28U88RFRLYGB2 |
| 459 | Amazon | JU_SHUO | A29NVN3A9QV6F5 |
| 463 | Amazon | zhoukoushicaomengshangmaoyouxiangongsi | A2AY7PSRKIN0E6 |
| 464 | Amazon | Homenes | A2B4P5VSD3AN7Y |
| 465 | Amazon | Floralby | A2B6J08S65M4SI |
| 466 | Amazon | poseofradiance | A2BSGWC06LT37P |
| 469 | Amazon | xiguaaichigua | A2DCDJB54QLHQI |
| 470 | Amazon | oumo | A2DGBF42738OYN |
| 472 | Amazon | shangshuixianrizhuoshangmaoyouxiangongsi | A2DTEJB12AVVXN |
| 474 | Amazon | tongshie100 | A2E7FVTQ8GKETP |

| 476 | Amazon | KuangNiShangMao | A2EQKO4CMFI4ND |
| 477 | Amazon | zhoukoushengbenwangluo | A2FG5L39OUW6SB |
| 479 | Amazon | JINTUBAIHUOPU | A2GKW0MHW2SFOP |
| 480 | Amazon | JINBOOM | A2GQQ955S526EJ |
| 481 | Amazon | xinxiangfeimengshangmaoyouxiangongsi | A2H4NPU7PDY5YX |
| 486 | Amazon | xiangchengshinuoya | A2KSECXKZR0ZKM |
| 487 | Amazon | MZEELAS SHOP | A2LA11F4PA4LE3 |
| 488 | Amazon | JZM POSTERS | A2LCL1NQQXYFIJ |
| 489 | Amazon | uaerscnug | A2LMTUJS910HYB |
| 491 | Amazon | teephei | A2LQU38EHQHLAV |
| 492 | Amazon | yingweishangmaoyouxiangongsi | A2LUJ4HEHPOZJ5 |
| 493 | Amazon | yikushangdian | A2M73O52ZR5JUR |
| 496 | Amazon | chibishichenkaishangmaoyouxiangongsi | A2MYQPA0OVHLRL |
| 497 | Amazon | Manto Goodies | A2N6XMOFXQ187Y |
| 499 | Amazon | 版军百货 | A2NXXVQNN3OVFK |
| 500 | Amazon | shangshuixianwanaishangmaoyouxiangongsi | A2O4WR70TXCQNY |
| 502 | Amazon | xiangchengshimengpingshineimendian | A2P4JQKENH35C7 |
| 504 | Amazon | JIN Yi | A2PCJPLVWDUHQH |
| 505 | Amazon | Conloyea Shop | A2QTZVTB9811TB |
| 506 | Amazon | qibinshangmaostore | A2QVSFT9TH992R |
| 507 | Amazon | 海迈商店 | A2R10M4WM0TM5E |
| 508 | Amazon | jhhjhj55 | A2REPOZG7SOMNH |
| 509 | Amazon | salute512 | A2RNJMXRRGDYBU |
| 510 | Amazon | paixuanqigongsi | A2RTGI4SKO9OYU |
| 511 | Amazon | Best Custom Store | A2SSH7QKCDUYUV |
| 513 | Amazon | XiaoChangBaiHuo | A2TDGAY11K733W |
| 515 | Amazon | xiabangbaihuo | A2TIPR4J9IGQFF |
| 516 | Amazon | KeyYouNi | A2TTS1ZJB7X6YN |
| 518 | Amazon | guangzhoudibishishangkejiyouxiangongsi | A2U4182X3WXAQ |
| 519 | Amazon | 郸城县九五商贸有限公司 | A2UM9PZU16XV3N |
| 520 | Amazon | ZhiHuaBuYiShu | A2VAYVJHDGHGZK |
| 521 | Amazon | xzfeng | A2WXCXMPMEVA33 |
| 522 | Amazon | xiangchengshizhanxuanshangmaoyouxiangongsi | A2XFC9M3YQ244U |
| 523 | Amazon | xingtainuonuo | A2XQDA0QBPJSI4 |

| 524 | Amazon | hejinshijingshunmaoyiyouxiangongsi | A2Y2VVYB6Q9QWG |
| 526 | Amazon | 槐荫区聚飞网络销售工作室 | A2YZRXZBPU4OSD |
| 528 | Amazon | WangRuirui Art | A2ZV5MVBE0XZRZ |
| 529 | Amazon | MUTONGMINYUE | A30IXLI44TFIZS |
| 530 | Amazon | Ali JOJO's store | A31L5WCWUZ9FL8 |
| 531 | Amazon | xianfeiruidianpi | A31P73FBTL7N8H |
| 532 | Amazon | Minone | A32FGJPHDIBM81 |
| 533 | Amazon | henanshengjiajiafengnongyekejiyouxiangongsi | A32MJIK691GQ42 |
| 534 | Amazon | yonggexuexiudian | A32Z1RK69GFGNK |
| 535 | Amazon | ZSJ Department store | A33B7N7YZ056RE |
| 537 | Amazon | HongDaDianQiMenShiBu | A33Q0UW5HZD9SE |
| 539 | Amazon | fushanleiyixingshangmaoyouxiangongsi | A33SAXYW6GN4H2 |
| 541 | Amazon | CLNA | A33ZNNZ1QL8LRL |
| 543 | Amazon | xiangchengshiyuandinggongmaoyouxiangongsi | A34U4CWZXB3K01 |
| 544 | Amazon | Eazkoo | A35NVJ0ZXC2YIJ |
| 545 | Amazon | changfengxiandangjialuoshangmaoyouxiangongsi | A360TYYVWQSNCX |
| 546 | Amazon | JUYIN | A3656O8P5JUTWB |
| 548 | Amazon | guangxiangwanjuchang | A36P65EOIO4IP |
| 549 | Amazon | Top seller 6 | A36PJZFSO5YLMA |
| 550 | Amazon | HuiXinYouXianGongSi | A372IWL2Y2D98F |
| 551 | Amazon | Colour Talk | A38332AIXEVUIF |
| 552 | Amazon | LIYANANA | A38BGVIZHUOKU5 |
| 553 | Amazon | Beautiful&sister | A38O94EL0Y87RC |
| 554 | Amazon | 景威衡3969 | A39SOLG09Z61G9 |
| 555 | Amazon | LeZiXn | A3A198WC2G1EGN |
| 556 | Amazon | Sunset Glow-US | A3A5GVF55WKMNC |
| 557 | Amazon | YONGTUO Store | A3C1YHR2DBXK1I |
| 560 | Amazon | yooer | A3EHHO6N5LK52D |
| 562 | Amazon | jianxi Art | A3EYXR9FBXFPAI |
| 563 | Amazon | xiangchengshimilangzhishangmaoyouxiangongsi | A3FIOGMRWE2YYP |
| 564 | Amazon | Arborbend | A3FQ560OP8E1D6 |
| 567 | Amazon | Zheng The Clouds | A3GKVWKL5V9LRF |
| 568 | Amazon | Best&painting-YQ | A3GYA5YQBK8QJR |
| 569 | Amazon | hualiL | A3H0OTWA5J20GX |

| 570 | Amazon | YUETAN | A3H1NAW4Q6652G |
|---|---|---|---|
| 571 | Amazon | NetCool | A3HNKS845D87VJ |
| 572 | Amazon | xiangchengshilvchenshangmaoyouxiangongsi | A3HUB5CNKP6L0Q |
| 573 | Amazon | Deng Ying Commodity Co., Ltd. | A3HXRS3HNZSATY |
| 575 | Amazon | hezezhixidianzishangwuyouxiangongsi | A3IPNW91CRJCLI |
| 578 | Amazon | LucGold | A3JBWC6UMQONLU |
| 579 | Amazon | lixinghuangwangluo | A3JOD2N2B2BTUI |
| 580 | Amazon | hdjrjfbduw | A3K7Q5AEV6KGAE |
| 581 | Amazon | Xiangcheng Trading Co., Ltd. | A3KAG577Z52SPN |
| 583 | Amazon | newsnew | A3KYAK3MBYMVXQ |
| 585 | Amazon | 品源百货 | A3L9PTZF2Q5EHX |
| 586 | Amazon | wanmingmao1yi82puzzle | A3MAKI4LLQ0BXE |
| 587 | Amazon | MONYTUHJ | A3MDZCQF3HTM7T |
| 589 | Amazon | Get rich and lucky | A3NRQONRRH9FJ2 |
| 590 | Amazon | Aluhayu Direct | A3NTECMQ98LGXM |
| 591 | Amazon | Lingchuan County Mingwei Advertising Service Depar | A3O0RNWUSGSKZC |
| 592 | Amazon | heliankeji | A3O4PQ4UV4VSEJ |
| 593 | Amazon | Tuhao Department Store | A3OI0ZA419R2OA |
| 594 | Amazon | Dazui | A3PK6YX57I9L1D |
| 596 | Amazon | zhoukoubeihengshangmaoyouxiangongsi | A3QLKITI22E36 |
| 597 | Amazon | Flyingelf | A3QMAHM2XWXXU |
| 599 | Amazon | lumiuous | A3R1SZSKJZ3B99 |
| 601 | Amazon | xiangchengshiquefangongmaoyouxiangongsi | A3RBQ1F9K2JAW5 |
| 602 | Amazon | OWAY | A3RDSIYNZETE8L |
| 603 | Amazon | gengxushangmaoyouxiangongsi | A3S2L5C1AG624O |
| 604 | Amazon | jinyue us | A3T1QQYG57U1HZ |
| 605 | Amazon | ZhoukoushiXichiShangmaoYouxiangongsi | A3T4E8FU8OR7FZ |
| 607 | Amazon | jgnxdabummi | A3U99CEKIBN026 |
| 608 | Amazon | Perfect picture | A3UCDVJKTL3QR6 |
| 609 | Amazon | xiangchengshipanshengbaihuo | A3UEL0VA5MW25G |
| 610 | Amazon | xiangchengshihuashijian | A3UHWN4C3B13DP |
| 612 | Amazon | danpinghuahua | A3VF7HE0GBVBEV |
| 613 | Amazon | ANthonyw | A3W56757VYLZN9 |
| 614 | Amazon | LishtArt | A3XT47UMDKOHH |

| 615 | Amazon | shangshuixianxingzhuoshangmaoyouxiangongsi | A47U3TXD1D456 |
| 616 | Amazon | Colorful Number Diamonds DIY | A4MW2AEHI9EMZ |
| 618 | Amazon | kiiaoo | A512LZE66QDH2 |
| 621 | Amazon | WORLDBUYER | A5L00WJG2TO1Z |
| 622 | Amazon | shidoudouzhangda | A5ZZ00ENWKIO4 |
| 624 | Amazon | hejinshitaizhengmaoyiyouxiangongsi | A6ZME43VMUAZ5 |
| 628 | Amazon | xiangchengshipeipeiwangluojishufuwuyouxiangongsi | A8EC37AJ50Z69 |
| 630 | Amazon | SHENZHENshiHENGDAshiyeyouXianGongSi(7-18 days del) | A8X4R9LKOF41M |
| 631 | Amazon | yuchongqin098 | A9JMRSCL7HQBZ |
| 632 | Amazon | Smartworld Store | A9LHA6B2SSKU3 |
| 633 | Amazon | zhengzhouliaosenshangmaoyouxiangongsi | AB5X9PTGSJW07 |
| 634 | Amazon | yizhiduxiu mei | AC2WWE8O6UFHW |
| 636 | Amazon | DDUK | ACATK3OIT0TXM |
| 638 | Amazon | Shangshuixianranzongshangmaoyouxiangongsi | AD8XC5E0HS2JX |
| 639 | Amazon | wanzaixianpaohaibaihuodian | ADGRMHBJWMK92 |
| 640 | Amazon | Inlike | AETUKOXS4C94M |
| 641 | Amazon | shaheshishilitingbaobaoyichutongzhuangmenshi | AFHC23ZGO7WX |
| 646 | Amazon | Killiorrisan | AI3KHBA2242BY |
| 649 | Amazon | xiangchengshiqinmiaoshangmaoyouxiangongsi | AKMC21R2BYB91 |
| 650 | Amazon | SUBERY | AKXYPLCBIQ7QX |
| 652 | Amazon | Qvwanle | AMLBEEHR0IQLA |
| 654 | Amazon | 碧森商贸 | AN3RPLZ1OT1T |
| 655 | Amazon | ZXYSP | ANXNR5O22REPT |
| 660 | Amazon | ChangYuanShiYuJiaBaiHuoDian | AP8GY9H1V8ZQE |
| 662 | Amazon | XunQi-US | APLN31K22OC5P |
| 663 | Amazon | YIXINGMY | APNIXD4EIH8D |
| 666 | Amazon | heliyang11 | AQ7XEP8BOC1HJ |
| 669 | Amazon | qingbosm | AR6ZHBB3W3WUM |
| 672 | Amazon | KaPPWT | AT3NCPAZSHGRI |
| 673 | Amazon | TBVS 77 | AT7M2U5EBUVPY |
| 674 | Amazon | Shendy | ATDFENBRP0T6Y |
| 675 | Amazon | NaMair | ATPDA5S6J0T5T |
| 676 | Amazon | ICOYICO | AU3JYC5630LN0 |

| 678 | Amazon | Miaohehui Trading | AV5OEH6SBYV7U |
| 680 | Amazon | mowanya | AX3DZ20H3UC9N |
| 682 | Amazon | Li Paint Shop | AY5TDEQJ74SJH |
| 683 | Amazon | BOSHUNEU Store | AYOVI8XVZEXEA |
| 685 | Amazon | 巨蚂蚁 | AZJY0YEOPTE36 |
| 686 | Amazon | SGMOER(7~15 days delivery) | AZZ2TGQ4BLULR |
| 687 | DHgate | Williem | 20248937 |
| 688 | DHgate | Dxnb118 | 21634519 |
| 689 | eBay | 5_colors_store | 5_colors_store |
| 690 | eBay | 9_colors_bubble | 9_colors_bubble |
| 692 | eBay | case_designer | case_designer |
| 695 | eBay | dealdigger | dealdigger |
| 701 | eBay | gc.store | gc.store |
| 702 | eBay | gktmarketing | gktmarketing |
| 704 | eBay | idealdisk | idealdisk |
| 705 | eBay | igloutlet | igloutlet |
| 709 | eBay | mstorep | mstorep |
| 712 | eBay | paitings-walldecor | paitings-walldecor |
| 715 | eBay | pocket_coin | pocket_coin |
| 717 | eBay | puwula-40 | puwula-40 |
| 718 | eBay | robo2019 | robo2019 |
| 719 | eBay | roseapothecary1 | roseapothecary1 |
| 720 | eBay | samiksha1 | samiksha1 |
| 722 | eBay | snorchid | snorchid |
| 727 | eBay | wisnu-store | wisnu-store |
| 730 | Etsy | 1supply2018 | 1supply2018 |
| 733 | Etsy | Creativercorner | Creativercorner |
| 734 | Etsy | CustomPaintByNumbers | CustomPaintByNumbers |
| 736 | Etsy | DiamondPainting4home | DiamondPainting4home |
| 737 | Etsy | DIYFirstPainting | DIYFirstPainting |
| 739 | Etsy | GarethShopArt | GarethShopArt |
| 741 | Etsy | Sweetdiamondpainting | Sweetdiamondpainting |
| 743 | Etsy | warmpainting | warmpainting |
| 746 | Etsy | YourSweetHomeShop | YourSweetHomeShop |
| 748 | Joom | Diamond Drawings | 5d9e9b208b2c3703018576de |

| 749 | Joom | DM Crafts | 5d9e9d1e1436d40301c40409 |
| 750 | Joom | JM Storing | 5df30c1028fc710301533a74 |
| 751 | Joom | Ruopoty DIY Painting | 600553db5ccf99000684306f |
| 752 | Joom | zuanshihua4 | 620dc0504f7bdb14bd4e7da9 |
| 754 | Other | takealot | takealot.com |
| 755 | Shopify | aanabanana | aanabanana.com |
| 757 | Shopify | paintbynumbersonline | custompaintbynumber.co |
| 759 | Shopify | diamondpaintingkits | diamondpaintingkits.shop |
| 762 | Shopify | paintart | paintart.com.au |
| 776 | Walmart | DERTHADEIG | 101062665 |
| 777 | Walmart | NYXBERRYT | 101069937 |
| 783 | Walmart | RisingSun | 101106486 |
| 787 | Walmart | Chytaii Toys Co. ltd | 101120524 |
| 793 | Walmart | XiaoMin-Store | 101132671 |
| 794 | Walmart | savreiony | 101136456 |
| 797 | Walmart | TONKBEEY | 101174597 |
| 798 | Walmart | OOKWE Co,Ltd | 101175924 |
| 799 | Walmart | CHANGEX Co. Ltd | 101176383 |
| 800 | Walmart | DariheJaju Co. Ltd | 101176659 |
| 801 | Walmart | FUHAPPY Co.Ltd | 101176688 |
| 802 | Walmart | GRANDBAY Co. Ltd | 101176873 |
| 806 | Walmart | JINGYX Co. Ltd | 101177946 |
| 807 | Walmart | HDDZ | 101179032 |
| 809 | Walmart | Englando Co.Ltd | 101181012 |
| 810 | Walmart | Sofullue Co., Ltd | 101183925 |
| 811 | Walmart | XPZONE Co., Ltd. | 101183927 |
| 812 | Walmart | GHorizon Co., Ltd | 101184346 |
| 813 | Walmart | Artoneday | 101184509 |
| 816 | Walmart | ZENTREE Co.Ltd | 101185276 |
| 817 | Walmart | ToGuniey | 101185279 |
| 819 | Walmart | VHUNT Co.Ltd | 101187016 |
| 820 | Walmart | BD Co.Ltd | 101188693 |
| 821 | Walmart | YIXIYI Co.ltd | 101189848 |
| 823 | Walmart | DOYOUNG Co.ltd | 101190897 |
| 824 | Walmart | CHANCELAND Co.Ltd | 101191126 |

| 826 | Walmart | HOMEIU Co., Ltd | 101194470 |
| 827 | Walmart | YHOLIDA | 101196988 |
| 830 | Walmart | SVILY | 101200317 |
| 831 | Walmart | RUNZETA | 101203364 |
| 832 | Walmart | HOMSOM Co.Ltd | 101203679 |
| 834 | Walmart | Yao | 101211131 |
| 838 | Walmart | Your choice Co. Ltd | 101220880 |
| 840 | Walmart | Chongqing Shaoqing Toys Co., Ltd. | 101222717 |
| 841 | Walmart | Yezo | 101224522 |
| 842 | Walmart | MecoBuke | 101226235 |
| 843 | Walmart | ZOYONE | 101226963 |
| 844 | Walmart | HISUNTON | 101228936 |
| 846 | Walmart | FESHMOI Co.ï¼ŒLtd | 101232887 |
| 847 | Walmart | MUSUPER Co., Ltd | 101232923 |
| 848 | Walmart | Banen | 101232986 |
| 849 | Walmart | GVILA | 101241443 |
| 850 | Walmart | Housester | 101246930 |
| 851 | Walmart | Homeex | 101248874 |
| 854 | Walmart | Patioaro | 101268169 |
| 855 | Walmart | ZhiZhu | 101272251 |
| 856 | Walmart | changshameirongyemaoyiyouxiangongsi | 101275346 |
| 857 | Walmart | foshantaikaigemaoyiyouxiangongsi | 101277191 |
| 859 | Walmart | SHENZHENSHIJUNYUANHUISHENGYUNKEJIYOUXIANZERENGONGSI | 101282314 |
| 862 | Walmart | QianMai | 101331403 |
| 863 | Wish | Kissdressy | 5370799ebb72c5658b30b0b1 |
| 864 | Wish | YM Shop | 543e51664ad3ab7a3364405e |
| 865 | Wish | C & C happy store | 544a86a11280fa030393ac82 |
| 866 | Wish | 7 Color Sunflower | 54bf5f2b6ad175585db22402 |
| 867 | Wish | Ho wenwen | 54ec0147ebaadc77c5ad3aec |
| 871 | Wish | Wind Fly Company | 5666e70f3a698c07b135d38c |
| 872 | Wish | Sweet Life Trading Co.,Ltd | 56f8eb1d3a698c566f57246f |
| 873 | Wish | jinhanyue | 5775c78104ca10231bab6c21 |
| 874 | Wish | huangqibo | 57bd44988cad157c6cfe0661 |
| 875 | Wish | yiwushibaijiegongyipinyouxiangongsi | 57ef6a0685f2493454ed5e69 |

| 877 | Wish | MJJ Sunshine | 5837089fe18c0f0c3fdd4643 |
|-----|------|--------------|--------------------------|
| 878 | Wish | PQ.Store | 589dc67bae98845879b7076f |
| 879 | Wish | U.S. and south Korean fashion | 58b03c38f5e06f5052f57f38 |
| 880 | Wish | openautumn | 58bacbda11b9f45113adeefd |
| 881 | Wish | Nizzaly | 58c16ed8232765519e542c06 |
| 883 | Wish | Beauty Life Home Decor | 58c777959c7e875054b27a6b |
| 884 | Wish | Juji Art crafts Factory | 58c7e303ffcbce0be054d231 |
| 885 | Wish | Bingrong Chen | 58ecd8b940fc1e61ae468760 |
| 886 | Wish | Zui Lucky store | 58fc51f6f2da5e11b56da803 |
| 887 | Wish | date dream66 | 5916b7e22a87410fb6b1557b |
| 888 | Wish | Zhane357 | 595cc1982eac110e34843faa |
| 889 | Wish | lijinjinjin | 596e103ed44a9b2712438f8a |
| 890 | Wish | REDIY_LADIY | 5a4c8a141696097b0b571a38 |
| 892 | Wish | llikeapples | 5a5700347276531b6ff6bf38 |
| 893 | Wish | houshancls | 5a9e4421c989490cae9c3a81 |
| 894 | Wish | iaydgw | 5aa64fe418435442c90e216f |
| 895 | Wish | tygb | 5ab8f4951b98df471b26cc8c |
| 897 | Wish | miaoSolitude | 5aeab80c7278c123b62d9fe3 |
| 898 | Wish | 18859409499 | 5aec0eebc49068175ab0948b |
| 899 | Wish | zhangxiaomidepu | 5af4572c7824ca7440395825 |
| 900 | Wish | nanalisang | 5b1b791e7752c8674a86ed81 |
| 901 | Wish | guojingkaixin | 5b2af3a32b041068bf990e2b |
| 902 | Wish | xuanpu | 5b6aaefec0bf091537fe781b |
| 903 | Wish | Jahoo home decor | 5b94e19fad4cd52e4a80aafe |
| 904 | Wish | Winllon's Store | 5cdf789a21991f4ba847d5b8 |
| 905 | Wish | Sheng Tang520 | 5d3af54fe4b65d40d1be472d |
| 906 | Wish | daleatt | 5d3c57c8ab0c7916c0a6025f |
| 910 | Wish | LIDEWEIDIANFU | 5d4b97861d9a8e271a993343 |
| 911 | Wish | zhangpangpang714563 | 5d4e226e7ad242419df72134 |
| 912 | Wish | Diy Super Fashion Store | 5d4eb4a4933fb15043b7ca9a |
| 913 | Wish | zhangxinghua1026 | 5d4fb1821d9a8e23ba312c5f |
| 916 | Wish | LIU-yaoxiang05236318 | 5d9068cb7f8b09421f172587 |
| 917 | Wish | huijie-00369 | 5d9e8c48c095e11c8cefc780 |
| 918 | Wish | MAxiaoming.com dian | 5dad5c64f1e3eb742e9118be |
| 919 | Wish | LanZhao1999 | 5daec1c1e3a15f108058ebce |

| 920 | Wish | ZH-yun5424. | 5dda3f411fead2083e5fafea |
|-----|------|-------------|--------------------------|
| 921 | Wish | Nuunannshop | 5e3cc794b2079a11ff082e4a |
| 922 | Wish | ligan_celyndel1991 | 5e5cc43c2861d5dde427908d |
| 923 | Wish | prethoarrowtap | 5e5f222429f6ba30f5a2560c |
| 924 | Wish | poippinferret | 5e5f4f5e29f6ba5d3fa25543 |
| 925 | Wish | smenadyri | 5e606544cdcece6a8082b918 |
| 926 | Wish | lathextsg | 5e6065d3d6f61cd0637a4bb3 |
| 927 | Wish | tootherfglxy | 5e60665a4755ccd0c225a87e |
| 928 | Wish | lethyrxnrfrh | 5e6066f04755cc420026d655 |
| 929 | Wish | tatushlqsly | 5e60cba2cce712098214117c |
| 930 | Wish | thootheyspm | 5e61acd797cc1000510668ef |
| 931 | Wish | feemosyfr | 5e61add5013545004910e7aa |
| 932 | Wish | tetoargvhat | 5e61ae4cde60d9003f65b09a |
| 933 | Wish | KareliyaRuzina7672 | 5e63163610b8352212c59826 |
| 934 | Wish | Rebeccawatson | 5e6c5d2f29e78642b0dd6e05 |
| 935 | Wish | Bettyemorales | 5e6c5fe557af092d2e60d2f4 |
| 936 | Wish | Glennbeck | 5e6c69acb2748434b6c144a2 |
| 937 | Wish | TOP Full Diy Daimond Painting | 5e7c1c2bc952f7004d22f88e |
| 939 | Wish | zhuyaming6547 | 5e7ecda0dcc861fb00bb15e6 |
| 940 | Wish | chen.su.ling698898 | 5e82b809bf38bb36bf76fb93 |
| 941 | Wish | Charles Wayne | 5e83f9e0e16f967ec1c22002 |
| 942 | Wish | qinqin123456 | 5e84296ecb11eceacaa1e005 |
| 943 | Wish | Lisi15678 | 5e85cd5378b9303a80e55b57 |
| 944 | Wish | FER8882 | 5e881e01355fe576827cda21 |
| 945 | Wish | mbvcx | 5e883a9ea7d649ec17da4097 |
| 946 | Wish | Brian L thompson | 5e8859e8eb545424ecc04229 |
| 947 | Wish | hjuds | 5e887fe8355fe5e8f17cd99d |
| 949 | Wish | qinghuayshop | 5e8c20c776310c69151366d4 |
| 951 | Wish | k2162227 | 5e8c4f73d5a0ab6a845a2957 |
| 952 | Wish | meishop1 | 5e8d57d064a6409ce9468a95 |
| 953 | Wish | Marysmgles | 5e8d7080e46f0196e0db0034 |
| 954 | Wish | lubowitzwilber | 5e8daf7b54e2aae9f78a3682 |
| 955 | Wish | Terri Hirschberg  gg | 5e8ddd057a1725cc70668fda |
| 956 | Wish | Robert M Cook | 5e8ea820005c600cc1f02d3d |
| 957 | Wish | TOP 5D Diamond Painting | 5e8f145a29e7867c60a1629c |

| 958 | Wish | Jeremy D Pelletier | 5e900df51180945652cc01b2 |
|------|------|--------------------|--------------------------|
| 960 | Wish | Lee Petrashko | 5e91aff6646cd49b68988b79 |
| 961 | Wish | tt8t8t8 | 5e91cdc929e7863440860e63 |
| 965 | Wish | FIYO ART H | 5e92872629e78610c884815a |
| 967 | Wish | FIYO SHOP H | 5e92d9976dc9796f84160f36 |
| 971 | Wish | huangqiuchan666 | 5e9574ec29e78630039c2fdf |
| 972 | Wish | Gaochongyang375 | 5e95a80dfbe93c41006fec8e |
| 973 | Wish | sammyrobe | 5e9654d397728609aca8fba9 |
| 974 | Wish | s2d2s2s2 | 5e966a21ca306903f6131fca |
| 975 | Wish | Z2X2Z2 | 5e966ab4ca30690541131dc7 |
| 976 | Wish | K5J555 | 5e967703942cd40ec33e6c7a |
| 977 | Wish | Karen & Eric Richards | 5e96eb068ebdfc0415adb5a5 |
| 978 | Wish | d4f5f5 | 5e97283d9a86d433d0cb44b7 |
| 979 | Wish | FFF66F5 | 5e9a65aa7000cb31bcb5e5f9 |
| 980 | Wish | brandonvann81211764 | 5eaade480d72424be05f22b9 |
| 981 | Wish | Brian Hooks54 | 5eafd0226862e4134ebd9be4 |
| 982 | Wish | cornettsotelohoang81 | 5eb1d36f1e5f49c796076ef6 |
| 983 | Wish | Cenzibaija | 5eb3a9a06da59b0e0096575f |
| 984 | Wish | huxiaomi5343 | 5ec0db187b46799c23f8de6d |
| 985 | Wish | tangtingting1 | 5ecf5c93dd720b5b42490c27 |
| 986 | Wish | GON.SJIF.Y | 5ee461168bf2ea0e0325b161 |
| 987 | Wish | YIN-SHUD.VHUV | 5ee6f0d737ba911e7936c18a |
| 988 | Wish | fulinfas887946 | 5ef1c1e22fdc512ac0d9a069 |
| 989 | Wish | yaoruei | 5ef56d2b4b0ef94b9be50048 |
| 990 | Wish | tan0495ydufg | 5ef7107f41e2f5e88868073e |
| 991 | Wish | uf503 | 5ef9f4747355addb47d6681d |
| 992 | Wish | 9224peisijia | 5efac962536b3f1621b8fa3f |
| 993 | Wish | shanshuiyouyuan | 5f0e87d0c5744145cd5a4604 |
| 994 | Wish | ferfdf | 5f113a6a878d260043e30996 |
| 995 | Wish | liangbaoxia50347 | 5f2410817e30bc7230ad7965 |
| 996 | Wish | SenyuArt Diamond Painting Store | 5f2907dd66a3376dad86102a |
| 997 | Wish | vaxez96shop | 5f2e4720cc437b0684044be0 |
| 998 | Wish | dlhsaihdoia | 5f2e5aac7aaec07918b8f218 |
| 999 | Wish | liuyunqings | 5f38e60aad9d1eea67633833 |
| 1000 | Wish | zhangwei57059 | 5f3deaa729e78661ab137140 |

| 1001 | Wish | yiqiqi19464 | 5f3e323ec82e9c8466c56c48 |
| 1002 | Wish | liangxian226 | 5f718d0acf801e0044455bcb |
| 1003 | Wish | nbjdtyud | 5fa3770fe1c6774120602201 |
| 1004 | Wish | WEIHUAIYUANK | 5fb7794f62b05372cebdc312 |
| 1005 | Wish | gddsg | 5fb8d0d2b1d7bb80afac75f3 |
| 1006 | Wish | xuke1234 | 5fc459c92eeee80cde51540f |
| 1007 | Wish | Cuppy | 5fcb2a1954f7cf5b4f5b7804 |
| 1008 | Wish | BABABIBIQ | 5fcccc71c68845e03977cde7 |
| 1009 | Wish | PPPabcgg | 5fd5e93a788546b284393560 |
| 1010 | Wish | Discover material | 5fd9a8525cea19074884c0e5 |
| 1011 | Wish | Sapinstshop | 5fdb7d35aae4caf66bd4ef2c |
| 1012 | Wish | Maeshpp | 5fdb87c8ec96e5112be61779 |
| 1013 | Wish | Vieccistop | 5fdbacc86ae0e6292fd06a48 |
| 1014 | Wish | huangegeopp | 5ff185b39db7742abcd6f165 |
| 1015 | Wish | JKLOKKKO | 5ff53fb84647cc380e2c7cd7 |
| 1016 | Wish | CHENbibi | 5ffada3480b2768d4f2001bc |
| 1017 | Wish | Anthony Pierro E.D.M | 600b34cc6bb90142bba406a7 |
| 1018 | Wish | PHGTYLL | 600c2906d36698daffb3d45a |
| 1019 | Wish | Yang66THT | 600cfb764f1a7d7b10da9147 |
| 1020 | Wish | ZhangLangXia | 60179319485ca4c3033c7f90 |
| 1021 | Wish | City Critters, Inc. | 601904233601976735b8ad14 |
| 1022 | Wish | zhongGkkhh11 | 601f6283b10d1925af00f369 |
| 1023 | Wish | Gu8879KPKl | 60224051dff22e69073f697b |
| 1024 | Wish | yulong14774 | 603f0e21d5f51c4180faa14a |
| 1025 | Wish | zhangliangsun | 6044376daacee42589d828d6 |
| 1026 | Wish | qdjqujdhjdjqd | 605aea1a874768026de6c8dd |
| 1027 | Wish | QINGyangDD | 605dd3454e406774934614fc |
| 1028 | Wish | zhanQfengQQ | 605e9543cf81921165116932 |
| 1029 | Wish | TONGwenKK | 605ec0b673725951ba6cd744 |
| 1030 | Wish | dsaduhysaidy | 606545d71fa4253d48d05e3a |
| 1031 | Wish | LINzhiFENG2021 | 6065801b850d9326d6bccba1 |
| 1032 | Wish | milinZavg | 6069a4435fc0fdb604a3119e |
| 1033 | Wish | xiayuanyuan1529 | 606d3348b2d7b55393db927d |
| 1034 | Wish | wangchunyan34517 | 607f9ed54fc4e11903a228f4 |
| 1035 | Wish | jinlingui3598 | 608e55bc850ace3461180438 |

| 1036 | Wish | jiyannan7134 | 608f6438850ace82831a85b1 |
|------|------|--------------|--------------------------|
| 1037 | Wish | JINhuang00 | 60c6dea31735a544a9aa8e54 |
| 1038 | Wish | chengxiaolong4784 | 60cb026e77a7654d5506336c |
| 1039 | Wish | liuxc1989 | 60fccc32fca9839b82c44fcb |
| 1040 | Wish | SUJHSE7EN | 60fcd3c5040bde6718638727 |
| 1041 | Wish | Luckyzy888 | 6100bec5dfc98000536a1d1b |
| 1042 | Wish | lipeixiang9361 | 617ba9c1348c8a3cc22200cc |
| 1044 | Joybuy Express | Joybuy Express Seller 2 | seller2-16214 |
| 1047 | Joybuy Express | Joybuy Express Seller 5 | seller5-16214 |
| 1048 | Joybuy Express | Joybuy Express Seller 6 | seller6-16214 |
| 1049 | Joybuy Express | Joybuy Express Seller 7 | seller7-16214 |
| 1050 | Joybuy Express | Joybuy Express Seller 8 | seller8-16214 |
| 1056 | Joybuy Fashion | Joybuy Fashion Seller 1 | seller1-101118004 |
| 1057 | Joybuy Fashion | Joybuy Fashion Seller 2 | seller2-101118004 |